IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 13-28 Erie

GEROD MAURICE JARRETT
 a/k/a Jarrett Gerod
 a/k/a Smoke

ORDER

AND NOW, to wit, this 19th day of November, 2013, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that said document, when filed in the above-captioned case, will be sealed until further Order of Court. The Government shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney's Office