IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

GEROD MAURICE JARRETT
a/k/a Jarrett Gerod
a/k/a Smoke

Criminal No. 13-28 Erie

### ORDER

AND NOW, to wit, this __22nd__ day of July, 2014, the within motion is granted, and it is hereby ORDERED that Indictment No. 13-28 Erie against Gerod Maurice Jarrett be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services